IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.

Dated: May 04, 2009



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-08113/2000119674

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Thomas Edward Drain and Patricia Ann Drain<br>      Debtors.<br>_____<br>Meritage Mortgage Corporation<br>      Movant,<br>   vs.<br><br>Thomas Edward Drain and Patricia Ann Drain,<br>Debtors, Lothar Goernitz, Trustee.<br><br>      Respondents. | No. 2:09-bk-04621-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #18) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated April 18, 2005 and recorded in the office of the Maricopa County Recorder wherein Meritage Mortgage Corporation is the current beneficiary and Thomas Edward Drain and Patricia Ann Drain have an interest in, further described as:

> Unit 126, of VILLA D' ESTE, a condominium, according to the Declaration of Horizontal Property Regime recorded in Document No. 87-742813 and according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 318 of Maps, Page 7;
> TOGETHER WITH each unit's undivided interest in and to the common elements as set forth in said Declaration and as designated on said Plat;
> EXCEPT all minerals, as reserved in Patent from the United States of America; and
> EXCEPT all gas, coal and minerals whatsoever already found or which may hereafter be found in or under said land; and
> EXCEPT all underground water in, under or flowing through said Land and water rights appurtenant hereto.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT